## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERILYN L. STEWART,** an individual, and **GLENN WILLIAMS, SR.,** an individual, <br><br> **Plaintiffs,** <br><br> vs. <br><br> **PROGRESSIVE INSURANCE COMPANY,** a foreign corporation, **ROLANDO J. RIVAS,** an individual; **SAHARA FREIGHT CARRIER, INC.,** a foreign corporation; <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) CASE NO: 19-CV-9437(H4) <br> ) <br> ) Judge: Jane Triche Milazzo <br> ) <br> )Magistrate: Karen Wells Roby <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon review of the Parties' Joint Motion to Dismiss (Doc. 14), it is hereby granted. It is hereby ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed with prejudice, with each party to bear their own costs.

Dated this 18th day of November, 2019

_____
U.S. DISTRICT COURT JUDGE
JANE TRICHE MILAZZO

1